UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin D. Hall

    v.                                 Civil No. 07-cv-343-PB

Cheshire County
Department of Corrections

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $7.00 is due no later than December 20, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the NH Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: November 20, 2007

cc:   Kevin D. Hall, pro se
       Bonnie S. Reed, Financial Administrator
       Sing Sing Correctional Facility, Inmate Accounts