UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Hall

v.  Civil No. 07-cv-343-JL

Cheshire County Department of Corrections, Superintendent et al

ORDER

A motion to consolidate this case with 07-cv-332-SM was filed in both cases on July 8, 2008. On August 25, 2008, Judge Laplante granted the motion in the above-captioned case. Thereafter, on August 27, 2008, Chief Judge McAuliffe dismissed civil action 07-cv-332-SM and denied the Motion to Consolidate. As the underlying case has now been closed, the above-captioned case will now proceed on its own.

SO ORDERED.

September 3, 2008

/s/ Joseph N. Laplante
Joseph N. Laplante
United States District Judge

cc: Kevin Hall, Pro se
John A. Curran, Esq